IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NAVBLAZER, LLC,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**MOTOROLA MOBILITY LLC**<br><br>　　　　Defendants. | Civil Case No. 6:20-cv-100 |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the parties Joint Stipulation to Dismiss with Prejudice of all claims and counterclaims asserted between Plaintiff NavBlazer, LLC and Defendant Motorola Mobility LLC. The Court being of the opinion that said stipulation should be recognized, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses, and fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: November 27, 2020

_____
UNITED STATES DISTRICT JUDGE